UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FSR, INC.,

               Plaintiff,

v.

KORSAIR HOLDINGS, A.G.,

               Defendant.

JEC CONSULTING ASSOCIATES, LLC,

               Third-Party Plaintiff/Intervenor,

v.

UNITED HEALTH PRODUCTS, INC., *formerly known as* UNITED ECOENERGY CORP., and DOUGLAS K. BEPLATE,

               Third- Party Defendants.

**ORDER**

18 Civ. 11393 (ER)

RAMOS, D.J.

On December 6, 2018, FSR, Inc. ("FSR") brought this securities action against Korsair Holdings, A.G. ("Korsair"). Doc. 1. On March 14, 2019, JEC Consulting Associates, LLC ("JEC") moved to intervene. Doc. 18. On March 30, 2020, this Court granted FSR default judgment against Korsair, but denied FSR and JEC declaratory relief. Doc. 63. On May 20, JEC informed the Court that it had requested a no action letter from the Securities and Exchange Commission ("SEC"). Doc. 65. At a conference held on June 5, the Court directed JEC to inform the Court of the SEC's response. Doc. 68 at 9. On September 30, JEC informed the Court that the SEC had not yet responded. Doc. 70.

JEC is therefore directed to submit a status report by **December 30, 2020** and every three months thereafter. Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: November 5, 2020
New York, New York

_____
Edgardo Ramos, U.S.D.J.